THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDISON
ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Respond-
ent, v. THOMAS L. FEITNER et al., as Commissioners of Taxes
and Assessments of the City of New York, Appellants.

*People ex rel. Edison El. Ill. Co.* v. *Feitner,* 86 App. Div. 46, affirmed.
(Argued March 15, 1904; decided March 29, 1904.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 7, 1903, which reversed an order of
Special Term quashing a writ of certiorari to review the action
of the defendants in assessing property of the relator for the
purpose of taxation. The following question was certified:

"Was the following written application, presented to the
Commissioners of Taxes and Assessments of the City of New
York:

"'To the Commissioners of Taxes and Assessments:

"'The undersigned, the Edison Electric Illuminating Com-
pany of Brooklyn, represents that it is the owner of real estate
in various parts of the Borough of Brooklyn, consisting of
foundations, substructures, super-structures, conduits, pipes,
wires, cables and connections of the said company. It finds
that the same has been assessed on the assessment roll of 1899
at a valuation of nine hundred and five thousand dollars
($905,000), whereas the same should not have been, in its
judgment, valued at more than five hundred thousand dollars
($500,000) to be in proportion to the assessed value of similar
property, and in accordance with the fair marketable value
thereof.

"'The said system, comprising the electric system of distribu-
tion of your petitioner, whereby it distributes electric light and
power throughout the said borough, is being superseded by
different systems of electric distribution. The entire system has
been deteriorated and damaged by the action of stray currents in
the ground not owned or controlled by your petitioner, caus-
ing a deterioration in the said system by a process known as
electrolysis; much of the system has been in the ground for
many years, and is worth but a part of its original cost; the

37

present cost price of similar material is much less at the present time than it was when said system was put in.

" ' Your petitioner, therefore, asks that the said assessment may be reduced to the amount stated.

" ' Dated BROOKLYN, CITY OF NEW YORK, *April* 29, 1899:
" ' EDISON ELECTRIC ILLUMINATING COMPANY
OF BROOKLYN,

" ' By ROYAL C. PEABODY,
" ' *Vice-President.*'

sufficient to sustain a writ of certiorari under the General Tax Law and the Greater New York Charter to review the assessment of real estate upon the ground of over-valuation ? "

*John J. Delany, Corporation Counsel (George S. Coleman* and *David Rumsey* of counsel), for appellants.

*Charles A. Collin* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.